1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PATRICK BLACKSHIRE,                        No.  2:16-cv-02538 JAM DB P

12                  Plaintiff,

13          v.                                    ORDER

14    SACRAMENTO COUNTY SHERIFF,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20    statement for the six month period immediately preceding the filing of the complaint.  See 28

21    U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

22    prison trust account statement.

23          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

24    within thirty days from the date of this order, a certified copy of his prison trust account statement

25    for the six month period immediately preceding the filing of the complaint.  Plaintiff's

26    ////

27    ////

28    ////

                                                    1

failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

Dated:  September 28, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM-DLB:10
DB / ORDERS / ORDERS.PRISONER.CIVIL.RIGHTS/ Blac.2538.3c.new