UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>  Defendant. | No.  2:16-cv-02538 JAM DB<br><br><br>ORDER |

On August 25, 2021, plaintiff filed a motion to proceed in forma pauperis. (ECF No. 25.) This civil rights action was closed on July 11, 2019. (ECF No. 23.) Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: August 16, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac2538.58

1